# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00574-CV

### In re Jason Wayne McBride

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: September 12, 2018